IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PLUMBERS LOCAL UNION NO. 16 WELFARE FUND; PLUMBERS LOCAL UNION NO. 16 PENSION FUND; PLUMBERS LOCAL UNION NO. 16 JOURNEYMEN AND APPRENTICESHIP TRAINING FUND; PLUMBERS LOCAL UNION NO. 16 DEFINED CONTRIBUTION PLAN; AND PLUMBERS LOCAL UNION NO. 16 VACATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ROCKBROOK PLUMBING, INC., <br><br> Defendant. | Case No. 8:17-CV-122 <br><br> **ORDER** |

This matter is before the Court on Plaintiffs Plumbers Local Union No. 16 Welfare Fund, Plumbers Local Union No. 16 Pension Fund, Plumbers Local Union No. 16 Journeymen and Apprenticeship Training Fund, Plumbers Local Union No. 16 Defined Contribution Plan, and Plumbers Local Union No. 16 Vacation Fund (collectively, the "Funds") Motion for Withdrawal of Deposited Funds (Filing No. 24) ("Motion"). After reviewing the Motion, and being fully advised in the premises,

IT IS ORDERED that the Motion shall be and the same is hereby granted;

IT IS FURTHER ORDERED the funds of $2,817.07 deposited by Security National Bank shall be paid to the order of Plumbers Local Union No 16 Welfare Fund. The Clerk is directed to mail a check to Plaintiffs' attorney of record:

    Matthew M. Enenbach, Esq.
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, Nebraska, 68102

DATED this 7th day of July, 2017.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge

4820-4680-7883.1